U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 14 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| ANTONIO DUKES | CIVIL NO. 08-1605-P |
|---|---|
| versus | JUDGE STAGG |
| GRACE LEE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

On January 9, 2009, Plaintiff was ordered to amend his complaint within thirty days. Plaintiff successfully moved for an extension of time to respond; his amended complaint was due June 23, 2009. To date, Plaintiff has not filed an amended complaint.

For this reason, and those stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by the Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 14th day of July, 2009.

JUDGE TOM STAGG